UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY OF BERKELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12CV528 JCH |
| ) | |
| ROLANDO D. PERNELL, II, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff has filed a notice of appeal, but he has failed to pay the appellate filing fee.

Additionally, the Court notes that plaintiff has not yet paid the initial $350 filing fee as ordered by the Court. If plaintiff fails to pay the fee in a timely manner, the Court may restrict plaintiff from proceeding in forma pauperis in future cases.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay the $455 appellate filing fee within fourteen (14) days of the date of this Order.

Dated this 4th day of April, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE